THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Eric Mance, Appellant.
 
 
 
 
 

Appeal From Richland County
Clifton Newman, Circuit Court Judge 

 Unpublished Opinion No. 2010-UP-120
 
 Submitted January 4, 2010  Filed February
 11, 2010  

 APPEAL DISMISSED
 
 
 
 
 
 Appellate Defender Robert M. Pachak, of Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott; and Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 
 
 PER CURIAM: Eric Mance was convicted of assault and
 battery with intent to kill, armed robbery, and possession of a pistol by a
 person convicted of a violent crime. Mance appeals arguing the trial court
 erred in admitting statements he made several weeks prior to the robbery and
 shooting.  After a thorough review of the record and both briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Mance's appeal and grant counsel's
 motion to be relieved.[1]  
 
 APPEAL
 DISMISSED.
 
 WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  
 
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.